# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

REGINALD BROADWAY

NO. 2021 KW 1303

**DECEMBER 30, 2021**

---

In Re:     Reginald Broadway, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-02737.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's motion to dismiss and motion for bond reduction on March 3, 2021.

**VGW
AHP
CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
            FOR THE COURT